# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

IN THE MATTER OF JOHN LOWDEN, TO VACATE ASSESS-
MENT, ETC.

*Assessment — surveyor's fees — when and how they may be included in it — when an
assessment is reduced, interest is allowed only from the date of the order reduc-
ing it.*

APPEAL by the petitioner from an order of the Special Term
denying a motion of the petitioner to vacate the whole of an assess-
ment, and appeal by the Mayor, etc., from so much of the order as
vacated a portion of the assessment.

The court at General Term said: "The Special Term, while
upholding the assessment generally, was of opinion that the charge
contained in it for surveyor's fees was illegally assessed. The Court
of Appeals have lately determined, *In re Merriam* (84 N. Y., 596),
that the expenses of surveyors' fees in such cases actually accruing in
the construction of the improvement for which the assessment is laid,
are proper items to be embraced in the assessment. But in this
case the amount allowed for surveyor's fees does not appear to have
accrued on these particular sewers, but the amount was arrived at
by taking a per centage of this work, as compared with the whole
amount of work done for surveying during the year, and without
reference to the actual amount expended in this work. The Special
Term considered this to be an illegal mode of getting at the amount
of surveyor's fees, and we are also of that opinion. The surveyor's
fees were ordered, therefore, to be stricken out of the assessment,
and the assessment reduced accordingly.

The court also held that interest can only be charged from the
date of its order upon the assessment as reduced. This followed
the decision of this court in a somewhat similar case, the court being

of opinion that the petitioner was not chargeable with interest upon the amount of the assessment, because a greater sum was claimed than he was lawfully bound to pay, and therefore he was not in default for not paying such greater sum, and should not have been charged with interest."

*Moody B. Smith*, for the petitioner, appellant.

*J. A. Beale*, for City of New York, respondent.

Opinion by DAVIS, P. J.; BRADY and DANIELS, JJ., concurred.

Order affirmed, without costs.